In re  Susan M Condon

Debtor

Case No. __04-16394__

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 35W141 Duchesne<br>West Dundee, IL 60118 | Tenancy by the Entirety | J | 480,000.00 | 464,327.98 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 21 2004

KENNETH S. GARDNER, CLERK
PS REP. - MJ

| | | | |
|---|---|---|---|
| | Sub-Total > | 480,000.00 | (Total of this page) |
| | Total > | 480,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **Susan M Condon**  Case No. __04-16394__
_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash on Hand | - | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Account No. 22000018<br>American Enterprise<br>275 S. Roselle Rd.<br>Shaumberg, IL 60193 | - | 0.00 |
| | | | Account No. 0332102901<br>First Midwest Bank<br>555 West Dundee Rd.<br>Buffalo Grove, IL 60089 | - | 88.06 |
| | | | Account No. N.A.<br>Harris Bank and Trust<br>201 S. Grove Avenue<br>Barrington, IL 60010 | - | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | - | 700.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books | - | 200.00 |
| 6. | Wearing apparel. | | Necessary Wearing Apparel | - | 250.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >  **1,288.06**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

In re  **Susan M Condon**  ,  Case No. __04-16394__
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% Ownership of Stock<br>J. Thomas Communications, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123<br><br>Registered Agent: Curt Rehberg, Crystal Lake, IL | - | 0.00 |
| | | 100% Ownership of Stock<br>Kruger Elsworth & Yates, Management Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123<br><br>Registered Agent: Anne Keays<br>Attorney: Levin & Ginsburg<br>180 N. LaSalle<br>Chicago, IL | - | 0.00 |
| | | 100% Ownership of Stock<br>Wireless Web, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60023 | - | 0.00 |
| | | 100% Stock Ownership<br>WWI Credit Services, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123<br><br>Registered Agent: Anne Keays<br>(Inactive Corporation) | - | 0.00 |
| | | 100% Ownership of Stock<br>Chicago Alarms, Inc.<br>Sale of home securities<br>Defunct Corporation | - | 0.00 |

Sub-Total > 0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Susan M Condon**   Case No. __04-16394__
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | | AH & AP Network (Inactive Business) 35W141 Duchsne Dr. Dundee, IL 60118 | - | 0.00 |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible claim against Home Eq for interference with prospective business advantage | - | 100,000.00 |
| | | Possible claim against Michael Barnett for inadequate legal representation resulting in judgment of over $400,000.00 | - | 400,000.00 |
| | | Possible claim against Carol Stone for falsifying documents and perjury | - | 400,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | Requested trademark of cellular.com | - | 0.00 |

Sub-Total > 900,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **Susan M Condon**                                                                  Case No. __**04-16394**__
_____
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1984 Corvette (pledged to son as collateral for loan) | - | 3,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | Computer, printer | - | 500.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | Dog | J | 0.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

                                                                              Sub-Total >     4,000.00
                                                                             (Total of this page)
                                                                                  Total >   905,288.06
Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property                                  (Report also on Summary of Schedules)

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re   Susan M Condon                                           Case No.   04-16394
                            Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property**<br>35W141 Duchesne<br>West Dundee, IL 60118 | 735 ILCS 5/12-901 | 7,500.00 | 480,000.00 |
| **Cash on Hand**<br>Cash on Hand | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit**<br>Account No. 0332102901<br>First Midwest Bank<br>555 West Dundee Rd.<br>Buffalo Grove, IL 60089 | 735 ILCS 5/12-1001(b) | 88.06 | 88.06 |
| **Household Goods and Furnishings**<br>Furniture | 735 ILCS 5/12-1001(b) | 700.00 | 700.00 |
| **Books, Pictures and Other Art Objects; Collectibles**<br>Books | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| **Wearing Apparel**<br>Necessary Wearing Apparel | 735 ILCS 5/12-1001(a) | 250.00 | 250.00 |
| **Stock and Interests in Businesses**<br>100% Ownership of Stock<br>J. Thomas Communications, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123<br><br>Registered Agent: Curt Rehberg, Crystal Lake, IL | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 100% Ownership of Stock<br>Kruger Elsworth & Yates, Management Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123<br><br>Registered Agent: Anne Keays<br>Attorney: Levin & Ginsburg<br>180 N. LaSalle<br>Chicago, IL | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 100% Ownership of Stock<br>Wireless Web, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60023 | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                                            Best Case Bankruptcy

In re **Susan M Condon** , Case No. __04-16394__
Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| 100% Stock Ownership<br>WWI Credit Services, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123<br><br>Registered Agent: Anne Keays<br>(Inactive Corporation) | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 100% Ownership of Stock<br>Chicago Alarms, Inc.<br>Sale of home securities<br>Defunct Corporation | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles**<br>1984 Corvette<br>(pledged to son as collateral for loan) | 735 ILCS 5/12-1001(c) | 1,200.00 | 3,500.00 |
| **Office Equipment, Furnishings and Supplies**<br>Computer, printer | 735 ILCS 5/12-1001(d) | 500.00 | 500.00 |
| **Animals**<br>Dog | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re  **Susan M Condon**                                                                                   Case No. __04-16394__
                                         Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> American Enterprise Bank <br> 275 South Roselle Road <br> Schaumburg, IL 60193 | X | J | Business Loan with personal guaranty secured by <br><br> 35W141 Duchesne, West Dundee, IL 60118; Co-Debtor, J. Thomas Communications is primary obligor <br><br> Value $ 480,000.00 | | | | 50,000.00 | 0.00 |
| Account No. <br><br> American Enterprise Bank | | - | 35W141 Duchesne <br> West Dundee, IL 60118 <br><br><br> Value $ 480,000.00 | | | | 50,000.00 | 0.00 |
| Account No. <br><br> HomEq Servicing Corp | | - | 35W141 Duchesne <br> West Dundee, IL 60118 <br><br><br> Value $ 480,000.00 | | | | 327,327.98 | 0.00 |
| Account No. POC- 0011067 <br><br> HomEq Servicing Corporation <br> 1270 Northland Drive, Suite 200 <br> Mendota Heights, MN 55120 | | W | Mortgage <br><br> 35W141 Duchesne, West Dundee, IL 60118 <br><br><br> Value $ 480,000.00 | | | X | 327,327.98 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 754,655.96 | |

Form B6D - Cont.
(12/03)

In re  **Susan M Condon**                                                                 Case No.  __04-16394__
                                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. POC- 0011067 HomEq Servicing Corporation 1270 Northland Drive, Suite 200 Mendota Heights, MN 55120 | | W | Mortgage Arrearage 35W141 Duchesne, West Dundee, IL 60118 Value $ 480,000.00 | | | X | 87,000.00 | 0.00 |
| Account No. HomEq Servicing Corporation | | - | 35W141 Duchesne West Dundee, IL 60118 Value $ 480,000.00 | | | | 87,000.00 | 0.00 |
| Account No. Jeffrey Joseph *Condon 1030 Lincoln Street Hollywood, FL 33019 | X | J | 2003; Personal Loan; Son is holding title to 1984 Corvette as Collateral Value $ 3,500.00 | | | | 5,000.00 | 1,500.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   **179,000.00**

Total (Report on Summary of Schedules)   **933,655.96**

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6E
(04/04)

In re **Susan M Condon**, Case No. **04-16394**
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___ continuation sheets attached

Form B6E Cont.
(04/04)

In re: Susan M Condon , Case No. 04-16394
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 | X | J | Notice Only | | | | Unknown | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>230 S. Dearborn St.<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | X | J | possible 941 tax liability of co-debtor corporation; Notice only | | | | Unknown | 0.00 |
| Account No. 03-333-276-012<br><br>Kane County Collectors Office<br>719 South Batavia Ave., Building A<br>Geneva, IL 60134 | | J | 2002-Property Taxes | | | | 7,813.30 | 7,813.30 |
| Account No.<br><br>Vista Securities<br>P.O. Box 1452<br>Decatur, IL 62525 | | - | Assignee or other notification for Kane County Collectors Office (tax sale) | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |

Sheet 1 of 1 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 7,813.30
Total (Report on Summary of Schedules) | 7,813.30

Form B6F
(12/03)

In re  Susan M Condon
                                                              Debtor

Case No. __04-16394__

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Case No. 95 LA 344<br><br>Carol Stone N/K/A Carol Dillon<br>c/o Byrd & Taylor<br>308 West State Street<br>Rockford, IL 61101 | | J | 2003 Judgment; on appeal; claim declared unsecured by order of court on 2/19/04 in Case No. 03 B 48498. | | | X | 455,289.25 |
| Account No.<br><br>CBS Radio<br>c/o Stein & Rotman<br>103 W. Madison, Suite 600<br>Chicago, IL 60602 | X | - | Contract Disput with J, Thomas Communications | | | | 2,500.00 |
| Account No.<br><br>Curt P. Rehberg & Associates, P.C.<br>64 East Crystal Lake Avenue<br>Crystal Lake, IL 60014 | | J | 1994; Attorney Fees | | | | 10,000.00 |
| Account No.<br><br>Harris Bank<br>333 North Northwest Hwy<br>Barrington, IL 60010 | | J | Closed financial account; Notice Only | | | | 0.00 |

__1__ continuation sheets attached

Subtotal (Total of this page)  467,789.25

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    S/N:29834-040428   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Susan M Condon**
                    Debtor

Case No. __04-16394__

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mark Bucci<br>800 Edward Street<br>Wheeling, IL 60090 | - | | 2003; Personal Loan | | | | 500.00 |
| Account No.<br><br>Michael Barrett<br>20 North Walkup Ave.<br>Crystal Lake, IL 60014 | | J | 2003; Attorneys Fees | | | X | 16,000.00 |
| Account No. 94 MR 11<br><br>Robert Meisner, Et Al.<br>c/o David J. Axelrod & Associates<br>1448 Old Skokie Road<br>Highland Park, IL 60035 | | H | 1994; Judgment | | | X | 19,485.72 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **35,985.72**

Total (Report on Summary of Schedules) **503,774.97**

In re    **Susan M Condon**                                                                    Case No. __04-16394__
_____,
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

__0__ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2004 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re **Susan M Condon** , Case No. __04-16394__
_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| J. Thomas Communications, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123 | American Enterprise Bank<br>275 South Roselle Road<br>Schaumburg, IL 60193 |
| J. Thomas Communications, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123 | Internal Revenue Service<br>230 S. Dearborn St.<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 |
| J. Thomas Communications, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 |
| J. Thomas Communications, Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123 | CBS Radio<br>c/o Stein & Rotman<br>103 W. Madison, Suite 600<br>Chicago, IL 60602 |
| Jeffrey Condon<br>35W141 Duchesne<br>Dundee, IL 60118 | Jeffrey Joseph *Condon<br>1030 Lincoln Street<br>Hollywood, FL 33019 |
| Jeffrey Condon<br>35W141 Duchesne<br>Dundee, IL 60118 | CBS Radio<br>c/o Stein & Rotman<br>103 W. Madison, Suite 600<br>Chicago, IL 60602 |
| Key Managment Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123 | Internal Revenue Service<br>230 S. Dearborn St.<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 |
| Key Managment Inc.<br>365 S. Randall Rd.<br>Elgin, IL 60123 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph St.<br>Chicago, IL 60606 |

__0__ continuation sheets attached to Schedule of Codebtors

Form B6I
(12/03)

In re   **Susan M Condon**                                   Case No.   **04-16394**
                          Debtor

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>None. | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Business Owner | |
| Name of Employer | Manage several businesses | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime | $ 0.00 | $ N/A |
| SUBTOTAL | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify)_____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ N/A |
| Income from real property | $ 0.00 | $ N/A |
| Interest and dividends | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| Pension or retirement income | $ 0.00 | $ N/A |
| Other monthly income (Specify) **Expenses paid by corporation** _____ | $ 1,725.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 1,725.00 | $ N/A |
| TOTAL COMBINED MONTHLY INCOME    $ 1,725.00 | (Report also on Summary of Schedules) | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **Susan M Condon**            Case No. **04-16394**
                                               Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $3,432.00 |
| Are real estate taxes included? Yes **X** No _____ | |
| Is property insurance included? Yes _____ No **X** | |
| Utilities: Electricity and heating fuel | $285.00 |
|     Water and sewer | $25.00 |
|     Telephone | $0.00 |
|     Other **Garbage** | $25.00 |
| Home maintenance (repairs and upkeep) | $0.00 |
| Food | $100.00 |
| Clothing | $25.00 |
| Laundry and dry cleaning | $12.00 |
| Medical and dental expenses | $0.00 |
| Transportation (not including car payments) | $50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $0.00 |
| Charitable contributions | $0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $85.00 |
|     Life | $0.00 |
|     Health | $0.00 |
|     Auto | $0.00 |
|     Other _____ | $0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) **1040** | $300.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|     Auto | $0.00 |
|     Other _____ | $0.00 |
|     Other _____ | $0.00 |
|     Other _____ | $0.00 |
| Alimony, maintenance, and support paid to others | $0.00 |
| Payments for support of additional dependents not living at your home | $0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $0.00 |
| Other _____ | $0.00 |
| Other _____ | $0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$4,339.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ N/A |
| B. Total projected monthly expenses | $ N/A |
| C. Excess income (A minus B) | $ N/A |
| D. Total amount to be paid into plan each _____ | $ N/A |
|                (interval) | |

# United States Bankruptcy Court
## Northern District of Illinois

In re **Susan M Condon**  
Debtor(s)

Case No. **04-16394**  
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **1** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **5-1-04**

Signature  *(signed)*  
**Susan M Condon**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.